IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FILED
FEB 0 7 2023
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:23CR000 29 SNLJ/ACL |
| vs. ) | Case No. |
| ) | |
| WILLIE LEE HENDERSON III, ) | Title 18, U.S.C. § 922(g)(9) |
| ) | |
| Defendants. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about November 21, 2022, in Cape Girardeau County, within the Southeastern Division of the Eastern District of Missouri, **Willie Lee Henderson, III**, the defendant herein, knowingly possessed a firearm, knowing he had previously thereto been convicted of a misdemeanor crime of domestic violence, and the firearm previously traveled in interstate or foreign commerce during or prior to being in defendant's possession, in violation of Title 18, United States Code, Section 922(g)(9), and punishable under Title 18, United States Code, Section 924(a)(8).

A TRUE BILL

_____
Foreperson

SAYLER A. FLEMING
United States Attorney

_____
Tim J. Willis, # 62428MO
Assistant United States Attorney