# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff, )<br> )<br>vs. )<br> )<br> )<br>WILLIE HENDERSON III, )<br>Defendant. ) | Cause No: 1:23-CR-00029 SNLJ-ACL |

## ENTRY OF APPEARANCE

Comes now Attorney David Bryant and enters his appearance on behalf of Defendant Willie Henderson III.

Respectfully submitted,

/s/ David Bryant

David Bryant
Bar #53587MO
Attorney for Defendant
2200 N Hwy 67, #396
Florissant, MO 63032
314-488-7190
E-Mail: dabryantlaw@gmail.com

## Certificate of Service

Signature of the foregoing is also certification that the foregoing was filed electronically with the Clerk of the United States District Court for the Eastern District of Missouri to be served by operation of the electronic filing system upon the United States Attorney's Office, this 24th day of February 2023.

/s/   David Bryant

_____
David Bryant